E-FILED: **10/21/09**
**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rizwan Malik** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Countrywide Home Loans, Inc., et al.** ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **CASE NO. CV 09-2081-GHK (CWx)** <br><br> **JUDGMENT** |

     Based on our October 21, 2009 Order granting Defendants Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender (erroneously sued as Countrywide Home Loans, Inc. and America's Wholesale Lender) and Bank of America Corporation's Motion to Dismiss against Plaintiff Rizwan Malik ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's Complaint is **DISMISSED with prejudice**. The Notice of Pendency of Action **SHALL be EXPUNGED**.

     **IT IS SO ORDERED**.

DATED: October 21, 2009

_____
GEORGE H. KING
United States District Judge